# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CHARLIE BANKS,**  Plaintiff,  v.  **CREDIT CONTROL, LLC,**  Defendant. | Civil Case No.: 18-cv-01190  Hon. Sharon Johnson Coleman |

## STIPULATION TO DISMISSAL

After review of Defendant's Motion for Judgment on the Pleadings and supporting facts thereto, Plaintiff desires to dismiss the above-entitled cause of action, therefore, Plaintiff and Defendant hereby stipulate to the dismissal of such with prejudice.

Dated: September 25, 2018

Respectfully Submitted,

| | |
|---|---|
| Suburban Legal Group, PC | WATTS LAW GROUP, LLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Charlie Banks | Credit Control, LLC |
| | |
| By:/s/ | By:/s/ Patrick A. Watts, Esq. |
| John P. Carlin #6277222 | Patrick A. Watts, Esq. |
| 1305 Remington Rd., Ste. C | 212 S. Bemiston Avenue, Suite 200 |
| Schaumburg, IL 60173 | St. Louis, Missouri 63105 |
| jcarlin@suburbanlegalgroup.com | pwatts@swattslaw.com |
| | (314) 669-5490 |